UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED FINANCIAL CASUALTY COMPANY, | Case No. 25-cv-03018-VKD |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | Re: Dkt. No. 13 |
| R LORICO TRUCKING LLC, et al., | |
| Defendants. | |

Plaintiff advises that, in view of the settlement of a state court action, plaintiff expects to voluntarily dismiss the present action in about 60 days. Dkt. No. 13. Accordingly, all pending deadlines and appearances are vacated. On or before **August 25, 2025**, dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then plaintiff shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **September 2, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, plaintiff shall file a statement no later than **August 26, 2025** advising as to (1) the status of the parties' efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: June 24, 2025

Virginia K. DeMarchi
United States Magistrate Judge